```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE A05-0039--CV (JKS)
                "PAUL C. HODGE V CARL MANSON ET AL"

         Including terminated parties, excluding terminated counsel


   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 02/24/05
            Closed: NO

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (2) Citizen of Another State
     DEF Diversity: (2) Citizen of Another State

    Nature of Suit: (360) Other personal injury

            Origin: (2) Removed from State Court
            Demand: 75
        Filing fee: Paid $250.00 on 02/24/05 receipt # 00125138
          Trial by: Jury


Parties of Record:                          Counsel of Record:

PLF 1.1            HODGE, PAUL C.              Robert A. Rehbock
                                               Rehbock & Rehbock
                                               301 E. Fireweed Lane, Suite 101
                                               Anchorage, AK 99503
                                               907-277-5723
                                               FAX 907-276-8289

DEF 1.1            MANSON, CARL                 Frank A. Pfiffner
                                               Hughes Bauman et al
                                               3900 "C" Street, Suite 1001
                                               Anchorage, AK 99503-5931
                                               907-274-7522
                                               FAX 907-263-8320

DEF 2.1            COOPER CAMERON CORP          Frank A. Pfiffner
                                               (see above)

DEF 3.1            COOPER BESSEMER ENERGY SERVICES   Frank A. Pfiffner
                                               (see above)
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE A05-0039--CV (JKS)
                "PAUL C. HODGE V CARL MANSON ET AL"

                         For all filing dates
```

```
 Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
Magistrate Judge:
   Referral Rule:
           Filed: 02/24/05
          Closed: NO

    Jurisdiction: (4) Diversity (see citizenship of parties)
   PLF Diversity: (2) Citizen of Another State
   DEF Diversity: (2) Citizen of Another State

  Nature of Suit: (360) Other personal injury

          Origin: (2) Removed from State Court
          Demand: 75
      Filing fee: Paid $250.00 on 02/24/05 receipt # 00125138
        Trial by: Jury
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 02/24/05 | DEF 1-3 Notice of Removal from Superior Court for the State of Alaska 3AN-05-4693 w/att exhs. |
| 1 - 2 | 02/24/05 | PLF 1 Jury Demand. |
| 2 - 1 | 02/24/05 | DEF 1-3 Service List w/att exh. |
| 3 - 1 | 02/24/05 | DEF 1-3 Attorney Appearance of F. Pfiffner. |
| 4 - 1 | 02/24/05 | DEF 1-3 Jury Demand. |
| 5 - 1 | 02/24/05 | DEF 1-3 Disclosure Statement. |
| 6 - 1 | 02/25/05 | JKS Minute Order to Petitioner Subsequent to Removal. Petitioners to file w/i 10 days copies of state court docs and svc list. cc: cnsl |
| 7 - 1 | 02/28/05 | DEF 1-3 Answer to Complaint for damages on personal injuries. |
| 8 - 1 | 02/28/05 | DEF 1-3 Supplemental FRCP 7.1 dsiclosure statement. |
| 9 - 1 | 03/01/05 | JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/in 28 days from svc of this ord. cc: cnsl |
| 10 - 1 | 03/07/05 | DEF 1-3 Notice of compliance w/courts order dated 2/25/05. |
| 11 - 1 | 03/25/05 | PLF 1; DEF 1-3 Scheduling & Planning Report. |
| 12 - 1 | 03/30/05 | JWS Scheduling and Planning Order setting pretrial deadlines: Original discovery 04/28/06; Dispositive motions deadline 05/28/06; Estimate of trial 3 days. cc: cnsl |
| 13 - 1 | 05/31/05 | DEF 1-3 Notice of change of firm name and address. |