Frank A. Pfiffner
HUGHES BAUMAN PFIFFNER
GORSKI & SEEFORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503
Telephone Number:   (907) 263-8241
Facsimile Number:   (907) 263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Defendants
Carll Manson and Cooper Cameron Corporation dba
Cooper Energy Services and Cooper Bessemer Energy Services

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PAUL C. HODGE<br><br>              Plaintiff,<br><br>vs.<br><br>CARLL MANSON, individually, and COOPER CAMERON CORPORATION, d/b/a COOPER ENERGY SERVICES and COOPER BESSEMER ENERGY SERVICES,<br><br>              Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br><br>Case No. 3:05-cv-0039-TMB |

**STIPULATION**

Stipulation
*Paul C. Hodge v. Carll Manson, et al.*/Case No.: 3:05-cv-0039-TMB
8885-1(242332)

COMES NOW, Plaintiff, by and through his counsel of record, Robert A. Rehbock, of Rehbock & Rehbock, and Defendants, by and through their counsel, Frank A. Pfiffner, of Hughes Bauman Pfiffner Gorski & Seedorf, and the parties agree to extend the following deadlines:

| | | |
|---|---|---|
| 1. | Expert Witness Disclosure | March 15, 2006; |
| 2. | Revised Witness Lists | March 15, 2006; and |
| 3. | Closure of Discovery | May 28, 2006. |

DATED at Anchorage, Alaska, this 30th day of January, 2006.

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
Attorneys for Defendants
Carll Manson and Cooper Cameron
Corporation dba
Cooper Energy Services and Cooper
Bessemer Energy Services

By: /s/ Frank A. Pfiffner
Frank A. Pfiffner
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone Number:(907) 263-8241
Facsimile Number:(907) 263-8320
FAP@hbplaw.net
ABA No. 7505032

Stipulation
*Paul C. Hodge v. Carll Manson, et al.*/Case No.: 3:05-cv-0039-TMB
8885-1(242332)

DATED: January 27, 2006

                        REHBOCK & REHBOCK

                By: _____
                      Robert A. Rehbock
                      Rehbock & Rehbock
                      301 East Fireweed Lane, Suite 101
                      Anchorage, AK 99503
                      Telephone No.: (907) 277-5732
                      Facsimile No.: (907) 276-8289
                      ABA #7710159
                      Attorney for Plaintiff

Hughes Bauman Pfiffner
Gorski & Seedorf, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

Stipulation
*Paul C. Hodge v. Carll Manson, et al.*/Case No.: 3:05-cv-0039-TMB
8885-1(242332)

Certificate of Service

I hereby certify that on January 30, 2006, a copy of the foregoing Stipulation was served by regular U.S. Mail on:

Robert A. Rehbock
Rehbock & Rehbock
301 East Fireweed Lane, Suite 101
Anchorage, AK  09503


/s/ Frank A. Pfiffner_____


Stipulation
*Paul C. Hodge v. Carll Manson, et al.*/Case No.: 3:05-cv-0039-TMB
8885-1(242332)