Frank A. Pfiffner
HUGHES BAUMAN PFIFFNER
GORSKI & SEEFORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503
Telephone Number:   (907) 263-8241
Facsimile Number:    (907) 263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Defendants
Carll Manson and Cooper Cameron Corporation dba
Cooper Energy Services and Cooper Bessemer Energy Services

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PAUL C. HODGE<br><br>            Plaintiff,<br><br>vs.<br><br>CARLL MANSON, individually, and COOPER CAMERON CORPORATION, d/b/a COOPER ENERGY SERVICES and COOPER BESSEMER ENERGY SERVICES,<br><br>            Defendants. | <br><br><br><br><br><br><br><br><br><br><br>Case No. 3:05-cv-0039-TMB |

**PROPOSED ORDER**

Proposed Order
*Paul C. Hodge v. Carll Manson, et al.*/Case No.: 3:05-cv-0039-TMB
8885-1(242337)

Pursuant to Stipulation of the parties dated January 30, 2006, the Pretrial Order in this matter is modified and the following dates have been agreed upon:

| | | |
|---|---|---|
| 1. | Expert Witness Disclosure | March 15, 2006; |
| 2. | Revised Witness Lists | March 15, 2006; and |
| 3. | Closure of Discovery | May 28, 2006. |

IT IS SO ORDERED.

DATED: _____


_____
Timothy M. Burgess
United States District Judge

Proposed Order
*Paul C. Hodge v. Carll Manson, et al.*/Case No.: 3:05-cv-0039-TMB
8885-1(242337)

Certificate of Service

      I hereby certify that on January 30, 2006, a copy of the foregoing Proposed Order was served by regular U.S. Mail on:

Robert A. Rehbock
Rehbock & Rehbock
301 East Fireweed Lane, Suite 101
Anchorage, AK  09503


/s/ Frank A. Pfiffner_____

Proposed Order
*Paul C. Hodge v. Carll Manson, et al.*/Case No.: 3:05-cv-0039-TMB
8885-1(242337)