Robert A. Rehbock, Esq.
REHBOCK & REHBOCK
301 E. Fireweed Ln., Ste. 101
Anchorage, AK  99503
(907) 277-5723
FAX:  (907) 276-8289

RECEIVED
MAR 16 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

PAUL C. HODGE,                          )
                                        )
                 Plaintiff,             )
vs.                                     )
                                        )
CARL MANSON, individually,              )
and COOPER CAMERON                      )
CORPORATION, d/b/a COOPER               )
ENERGY SERVICES, AND COOPER             )
BESSEMER ENERGY SERVICES,               )
                                        )
                 Defendants.            )
_____)  Case No. A05-0039 CV (JKS)

### PLAINTIFF'S NOTICE RE CERTIFICATE
### D. AK. LR 40.3(b)

COMES NOW, Plaintiff, Paul C. Hodge, by and through his counsel of record, Robert A. Rehbock, of Rehbock & Rehbock, and files his notice to the Court that the above-case is not ready for trial because the parties on January 30, 2006 stipulated to extend the Closure of Discovery to May 28, 2006.  The parties are still attempting to schedule and depose all witnesses in the above case.  Therefore, the parties are not ready to schedule a trial date pursuant to D. AK. LR 40.3(b) at this time.

PLAINTIFF'S NOTICE RE CERTIFICATE - 1

DATED this 15th day of March 2006, at Anchorage, Alaska.

>REHBOCK & REHBOCK
>
>By: _____
>Robert A. Rehbock
>Alaska Bar #7710159
>Attorney for Plaintiff

I hereby certify that on the
15th day of March 2006, I mailed
a true and correct
copy of the foregoing upon:

>Frank A. Pfiffner, Esq.
>Hughes, Thorsness, Powell,
>Huddleston & Bauman, LLC
>3900 C Street, Ste. 1001
>Anchorage, AK  99503

_____

PLAINTIFF'S NOTICE RE CERTIFICATE - 2