Frank A. Pfiffner
HUGHES BAUMAN PFIFFNER
GORSKI & SEEFORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503
Telephone Number:   (907) 263-8241
Facsimile Number:   (907) 263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Defendants
Carll Manson and Cooper Cameron Corporation dba
Cooper Energy Services and Cooper Bessemer Energy Services

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PAUL C. HODGE<br><br>                    Plaintiff,<br><br>vs.<br><br>CARLL MANSON, individually, and COOPER CAMERON CORPORATION, d/b/a COOPER ENERGY SERVICES and COOPER BESSEMER ENERGY SERVICES,<br><br>                    Defendants. | Case No. 3:05-cv-0039-TMB |

**STIPULATION**

Stipulation
*Paul C. Hodge v. Carll Manson, et al.*/Case No.: 3:05-cv-0039-TMB
8885-1(246344)

COMES NOW, Plaintiff, by and through his counsel of record, Robert A. Rehbock, of Rehbock & Rehbock, and Defendants, by and through their counsel, Frank A. Pfiffner, of Hughes Bauman Pfiffner Gorski & Seedorf, and the parties agree to extend the following deadline:

1. Closure of Discovery            June 30, 2006.

The requested extension is approximately one month beyond the two month extension of time allowed by the pre-trial scheduling order. The reasons for the request are the difficulty in scheduling depositions for the witnesses, all of whom are in distant and/or remote locations, and the busy schedule of counsel for the plaintiff. So far the parties have taken the depositions of defendant Carll Manson in California, plaintiff in Chattanooga, Tennessee, two doctors in Tennessee (one of those depositions has not yet been completed), an eyewitness in Antigua, and a Shemya fact witness by telephone from Arizona. The parties anticipate additional depositions including completion of the Tennessee medical deposition (where the doctor is not readily available until June), three Oregon IME doctors who are not reasonably available until late June, and three Shemya fact witnesses who will be flown to Anchorage for their depositions.

DATED at Anchorage, Alaska, this 8th day of May, 2006.

>HUGHES BAUMAN PFIFFNER
>GORSKI & SEEDORF, LLC
>Attorneys for Defendants
>Carll Manson and Cooper Cameron
>Corporation dba
>Cooper Energy Services and Cooper
>Bessemer Energy Services
>
>By:   /s/ Frank A. Pfiffner
>      Frank A. Pfiffner
>      3900 C Street, Suite 1001
>      Anchorage, Alaska  99503
>      Telephone Number:(907) 263-8241
>      Facsimile Number:(907) 263-8320
>      FAP@hbplaw.net
>      ABA No. 7505032

Stipulation
*Paul C. Hodge v. Carll Manson, et al.*/Case No.: 3:05-cv-0039-TMB
8885-1(246344)

DATED at Anchorage, Alaska, this 8th day of May, 2006.

                REHBOCK & REHBOCK
                Attorneys for Plaintiff

By: /s/ Robert A. Rehbock
     Robert A. Rehbock
     301 East Fireweed Lane, Suite 101
     Anchorage, AK  99503
     Telephone No.:  (907) 277-5732
     Facsimile No.: (907) 276-8289
     ABA #7710159

Certificate of Service

I hereby certify that on May 8th, 2006, a copy of the foregoing Stipulation was served electronically on:

Robert A. Rehbock
Rehbock & Rehbock
301 East Fireweed Lane, Suite 101
Anchorage, AK  09503


/s/ Frank A. Pfiffner_____


Stipulation
*Paul C. Hodge v. Carll Manson, et al.*/Case No.: 3:05-cv-0039-TMB
8885-1(246344)