Frank A. Pfiffner
HUGHES BAUMAN PFIFFNER
GORSKI & SEEFORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska  99503
Telephone Number:    (907) 263-8241
Facsimile Number:    (907) 263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Defendants
Carll Manson and Cooper Cameron Corporation dba
Cooper Energy Services and Cooper Bessemer Energy Services

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PAUL C. HODGE<br><br>                Plaintiff,<br><br>vs.<br><br>CARLL MANSON, individually, and COOPER CAMERON CORPORATION, d/b/a COOPER ENERGY SERVICES and COOPER BESSEMER ENERGY SERVICES,<br><br>                Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br>Case No. 3:05-cv-0039-TMB |

## STIPULATION

COMES NOW, Plaintiff, by and through his counsel of record, Robert A. Rehbock, of Rehbock & Rehbock, and Defendants, by and through their counsel, Frank A. Pfiffner, of Hughes Bauman Pfiffner Gorski & Seedorf, and the parties agree to extend the following deadline:

1. Closure of Discovery          June 30, 2006.

The requested extension is approximately one month beyond the two month extension of time allowed by the pre-trial scheduling order. The reasons for the request are the difficulty in scheduling depositions for the witnesses, all of whom are in distant and/or remote locations, and the busy schedule of counsel for the plaintiff. So far the parties have taken the depositions of defendant Carll Manson in California, plaintiff in Chattanooga, Tennessee, two doctors in Tennessee (one of those depositions has not yet been completed), an eyewitness in Antigua, and a Shemya fact witness by telephone from Arizona. The parties anticipate additional depositions including completion of the Tennessee medical deposition (where the doctor is not readily available until June), three Oregon IME doctors who are not reasonably available until late June, and three Shemya fact witnesses who will be flown to Anchorage for their depositions.

DATED at Anchorage, Alaska, this 8th day of May, 2006.

        HUGHES BAUMAN PFIFFNER
        GORSKI & SEEDORF, LLC
        Attorneys for Defendants
        Carll Manson and Cooper Cameron
        Corporation dba
        Cooper Energy Services and Cooper
        Bessemer Energy Services

By:   /s/ Frank A. Pfiffner
      Frank A. Pfiffner
      3900 C Street, Suite 1001
      Anchorage, Alaska 99503
      Telephone Number:(907) 263-8241
      Facsimile Number:(907) 263-8320
      FAP@hbplaw.net
      ABA No. 7505032

Stipulation
*Paul C. Hodge v. Carll Manson, et al.*/Case No.: 3:05-cv-0039-TMB
8885-1(246344)

DATED at Anchorage, Alaska, this 8th day of May, 2006.

          REHBOCK & REHBOCK
          Attorneys for Plaintiff

By:   /s/ Robert A. Rehbock
      Robert A. Rehbock
      301 East Fireweed Lane, Suite 101
      Anchorage, AK  99503
      Telephone No.:  (907) 277-5732
      Facsimile No.: (907) 276-8289
      ABA #7710159

Certificate of Service

I hereby certify that on May 8th, 2006, a copy of the foregoing Stipulation was served via U.S. Mail on:

Robert A. Rehbock
Rehbock & Rehbock
301 East Fireweed Lane, Suite 101
Anchorage, AK  09503


/s/ Frank A. Pfiffner_____


Stipulation
*Paul C. Hodge v. Carll Manson, et al.*/Case No.: 3:05-cv-0039-TMB
8885-1(246344)