Frank A. Pfiffner
HUGHES BAUMAN PFIFFNER
GORSKI & SEEFORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone Number: (907) 263-8241
Facsimile Number: (907) 263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Defendants
Carll Manson and Cooper Cameron Corporation dba
Cooper Energy Services and Cooper Bessemer Energy Services

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PAUL C. HODGE<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CARLL MANSON, individually, and COOPER CAMERON CORPORATION, d/b/a COOPER ENERGY SERVICES and COOPER BESSEMER ENERGY SERVICES,<br><br>　　　　　Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br>Case No. 3:05-cv-0039-TMB |

**PROPOSED ORDER**

Proposed Order
*Paul C. Hodge v. Carll Manson, et al.*/Case No.: 3:05-cv-0039-TMB
8885-1(246348)

Pursuant to Stipulation of the parties dated May 8, 2006, the Pretrial Order in this matter is modified and the following dates have been agreed upon:

1. Closure of Discovery			June 30, 2006.

IT IS SO ORDERED.

DATED: _____

_____
Timothy M. Burgess
United States District Judge

Proposed Order
*Paul C. Hodge v. Carll Manson, et al.*/Case No.: 3:05-cv-0039-TMB
8885-1(246348)

Certificate of Service

      I hereby certify that on May 8th, 2006, a copy of the foregoing Proposed Order was served via U.S. Mail on:

Robert A. Rehbock
Rehbock & Rehbock
301 East Fireweed Lane, Suite 101
Anchorage, AK  99503


/s/ Frank A. Pfiffner_____

Proposed Order
*Paul C. Hodge v. Carll Manson, et al.*/Case No.: 3:05-cv-0039-TMB
8885-1(246348)