Robert A. Rehbock
REHBOCK & REHBOCK
301 East Fireweed Lane, Suite 101
Anchorage, AK 99503
Telephone No.: (907) 277-5732
Facsimile No.: (907) 276-8289
ABA #7710159

Attorneys for Plaintiff
Paul C. Hodge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PAUL C. HODGE,<br><br>        Plaintiff,<br><br>vs.<br><br>CARLL MANSON, individually, and COOPER CAMERON CORPORATION, d/b/a COOPER ENERGY SERVICES and COOPER BESSEMER ENERGY SERVICES,<br><br>        Defendants. | Case No. 3:05-cv-0039-TMB |

### PLAINTIFF'S STATUS REPORT & NOTICE TO COURT

The parties have settled the above case on September 21, 2006. Counsels anticipate submitting further Stipulation for Dismissal within thirty (30) days.

Plaintiff's Status Report & Notice to Court
*Paul C. Hodge v. Carll Manson, et al.*/Case No.: 3:05-cv-0039-TMB
8885-1(250602)
Page 1 of 2

DATED at Anchorage, Alaska, this 20th day of September 21, 2006.

      REHBOCK & REHBOCK
      Attorneys for Plaintiff

By:   /s/ [Electronically filed]
      Robert A. Rehbock
      301 East Fireweed Lane, Suite 101
      Anchorage, AK  99503
      Telephone No.: (907) 277-5732
      Facsimile No.: (907) 276-8289
      ABA #7710159


Certificate of Service

I hereby certify that on September 21, 2006, a copy of the foregoing Plaintiff's Status Report and Notice to the Court was served via U.S. Mail on:

Frank A. Pfiffner
Hughes Bauman Pfiffner Gorski & Seedorf, LLC
3900 C Street, Suite 1001
Anchorage, AK  99503

_____

Plaintiff's Status Report & Notice to Court
*Paul C. Hodge v. Carll Manson, et al*./Case No.: 3:05-cv-0039-TMB
8885-1(250602)