Frank A. Pfiffner
HUGHES BAUMAN PFIFFNER
GORSKI & SEEFORF, LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
Telephone Number:   (907) 263-8241
Facsimile Number:   (907) 263-8320
FAP@hbplaw.net
ABA No. 7505032

Attorneys for Defendants
Carll Manson and Cooper Cameron Corporation dba
Cooper Energy Services and Cooper Bessemer Energy Services

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PAUL C. HODGE,<br><br>    Plaintiff,<br><br>vs.<br><br>CARLL MANSON, individually, and COOPER CAMERON CORPORATION, d/b/a COOPER ENERGY SERVICES and COOPER BESSEMER ENERGY SERVICES,<br><br>    Defendants. | <br><br><br><br><br><br><br><br><br><br><br>Case No. 3:05-cv-0039-TMB |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW the parties, by and through their respective attorneys of record, pursuant to Federal Rule of Civil Procedure 41(a)(1), and stipulate and agree that this

Stipulation for Dismissal with Prejudice
*Paul C. Hodge v. Carll Manson, et al.*/Case No.: 3:05-cv-0039-TMB
8885-1(251994)
Page 1 of 3

case may be and hereby is dismissed with prejudice with each party to bear its own costs and attorney's fees for the reason that the matter has been amicably resolved.

DATED at Anchorage, Alaska, this 18th day of October, 2006.

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
Attorneys for Defendants
Carll Manson and Cooper Cameron
Corporation dba
Cooper Energy Services and Cooper
Bessemer Energy Services


By:  /s/ Frank A. Pfiffner
     Frank A. Pfiffner
     3900 C Street, Suite 1001
     Anchorage, Alaska  99503
     Telephone Number:(907) 263-8241
     Facsimile Number:(907) 263-8320
     FAP@hbplaw.net
     ABA No. 7505032

Stipulation for Dismissal with Prejudice
*Paul C. Hodge v. Carll Manson, et al.*/Case No.: 3:05-cv-0039-TMB
8885-1(251994)

DATED at Anchorage, Alaska, this 18th day of October, 2006.

>REHBOCK & REHBOCK
>Attorneys for Plaintiff
>
>By:  /s/ Robert A. Rehbock (consent)
>     Robert A. Rehbock
>     301 East Fireweed Lane, Suite 101
>     Anchorage, AK  99503
>     Telephone No.:  (907) 277-5732
>     Facsimile No.: (907) 276-8289
>     ABA #7710159

Certificate of Service

I hereby certify that on October 18, 2006, a copy of the foregoing Stipulation of Dismissal with Prejudice was served was served electronically on:

Robert A. Rehbock
Rehbock & Rehbock
301 East Fireweed Lane, Suite 101
Anchorage, AK  09503


/s/ Frank A. Pfiffner


Stipulation for Dismissal with Prejudice
*Paul C. Hodge v. Carll Manson, et al.*/Case No.: 3:05-cv-0039-TMB
8885-1(251994)