# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

PAUL C. HODGE,
      Plaintiff,

                              Case Number 3:05-cv-00039-TMB

v.

CARL MANSON, et al
      Defendant.             **JUDGMENT IN A CIVIL CASE**

\_  **JURY VERDICT**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **DECISION BY COURT**. This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED:

      THAT this case is hereby dismissed with prejudice with each party to bear its own costs and attorney's fees for the reason that the matter has been amicably resolved.

APPROVED:
/s/ Timothy M. Burgess

_____
TIMOTHY M. BURGESS
United States District Judge

_____
Date: October 23, 2006

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

/s/Ida Romack_____
  Ida Romack, Clerk of Court

[~5980979.wpd]{JMT2.WPT*Rev.3/03}